UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 21-2715 MWF (RAOx)                                    Date:  September 14, 2021

Title     *Michael Karr v. United States, et al.*

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|   Rita Sanchez   |   Not Reported   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
         Not Present                                                Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    A review of the docket in this action reflects that the Complaint was filed on March 29, 2021.  (Docket No. 1).  On June 28, 2021, Plaintiff filed a Proof of Service ("POS").  (Docket No. 15).

    The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 1, 2021.**

- BY DEFENDANTS:  RESPONSE TO THE COMPLAINT ("Response"), or a stipulation between the parties to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT for any Defendants who have not timely responded to the Complaint.

    This is the second Order to Show Cause issued by the Court.  Orders to Show Cause are not issued as a reminder for Plaintiff to prosecute this action.  The Court will not issue another.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-2715 MWF (RAOx)**                                   Date:  **September 14, 2021**

Title       *Michael Karr v. United States, et al.*

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm