UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   CV 21-2715 MWF (RAOx) | Date:  October 14, 2021 |
| Title   *Michael Karr v. United States, et al.* | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Complaint in this action was filed on March 29, 2021.  (Docket No. 1).  On June 14, 2021, the Court issued its first Order to Show Cause ("First OSC").  (Docket No. 6).  In response to the First OSC, Plaintiff filed a Proof of Service ("POS") on June 28, 2021.  (Docket No. 15).  On September 14, 2021, the Court issued its second Order to Show Cause ("Second OSC").  (Docket No. 16).  In response to the Second OSC, Plaintiff filed an Application for Clerk to Enter Default on October 1, 2021.  (Docket No. 17).

On October 4, 2021, the Clerk of Court issued a Notice of Deficiency ("NoD") regarding Plaintiff's Application for Clerk to Enter Default.  (Docket No. 18).  The NoD reflects that the POS lacked required information.  The docket entry for the NoD indicates that the Defendants should be served pursuant to Federal Rule of Civil Procedure 4(i)(1)(A).

The Court notes that in its Second OSC, it warned that Orders to Show Cause are not issued as a reminder for Plaintiff to prosecute this action, and that the Court would not issue another OSC.  However, because it appears to the Court that Plaintiff has made an effort to respond to the First and Second OSCs, the Court now **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 28, 2021.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-2715 MWF (RAOx)                                               Date:  October 14, 2021

Title            *Michael Karr v. United States, et al.*

- Proper Proofs of Service of the Summons and Complaint on all Defendants.

If Plaintiff does not properly serve the Summons and Complaint and file Proofs of Service by **OCTOBER 28, 2021**, this action will be dismissed without further warning.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm